### SAACKE v. UNITED STATES.

(Circuit Court, S. D. New York. May 25, 1900.)

· No. 2,767.

1. CUSTOMS DUTIES—CLASSIFICATION—ASPHALTUM MASTIC.

Asphaltum mastic, consisting of limestone rock asphalt, which, after having been reduced to a powder and had bitumen added to it, has been made into round cakes weighing about 55 pounds each, is dutiable under the provision in paragraph 93, Tariff Act 1897, Act July 24, 1897, 30 Stat. 156, c. 11 [U. S. Comp. St. 1901, p. 1632], for "asphaltum and bitumen, not specially provided for, * * * if dried or otherwise advanced in any manner," and not under the provision in the same paragraph for "limestone rock asphalt containing not more than fifteen per centum of bitumen."

Appeal by the Importer from a Decision of the Board of United States General Appraisers (G. A. 4,149) Affirming the Decision of the Collector of Customs at the Port of New York.

See Wootton v. Magone (C. C.) 54 Fed. 673.

Albert Comstock, for the importer.

D. Frank Lloyd, Asst. U. S. Atty.

TOWNSEND, District Judge. The merchandise is asphaltum mastic. It was claimed as dutiable at 50 cents per ton, as "limestone rock asphalt containing not more than fifteen per centum of bitumen," and was assessed for duty as "asphaltum and bitumen, not specially provided for, * * * if dried or otherwise advanced in any manner," at $3 per ton, under the provisions of paragraph 93 of the tariff act of 1897, Act July 24, 1897, 30 Stat. 156, c. 11 [U. S. Comp. St. 1901, p. 1632].

This article contains limestone rock asphalt, which after having been reduced to a powder and after having had bitumen added to it, has been made into round cakes weighing about 55 pounds each. It is a very close question whether these cakes do not contain more than 15 per cent. of bitumen. I think the preponderance of testimony supports

this conclusion. But, in any event, it appears that these cakes are asphalt advanced by a process of manufacture and by combination with other materials.

The decision of the board of general appraisers is affirmed.